United States District Court
Southern District of Texas
**ENTERED**
July 20, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIO LOPEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-103 |
| | § | |
| AMERICAN SECURITY INSURANCE | § | |
| COMPANY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

Having considered the Joint Stipulation of Dismissal filed by Plaintiff Mario Lopez and Defendants American Security Insurance Company and Janean Nyree Marshall, (Dkt. No. 3), the Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that all claims and causes of action that Plaintiff has asserted and/or could have asserted against Defendants American Security Insurance Company and Janean Nyree Marshall in this lawsuit are dismissed with prejudice, with each party to bear its own costs.

SO ORDERED this 19th day of July, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge